## EXHIBIT "A"

**FULL NAME**

Arturo, Dena

Cao, Hong Yu

Chen, Cai Gui

Chen, Shao Hui

Chen, Tian Jun

Chen, Yun

Chen, Zu Cheng

Chu, Han Chen

Doe, A Hui

Doe, Helen

Doe, Mike

Doe, Wendy

Garcia, Jose F. Alfonso

Gudino, Mazzo Jose

He, Bi Zhi

He, Wen Liang

Hernandez, Oscar

Hou, Sha Mei

Jiang, Hong

Jiang, Yun

Jin, Yun Yun

Li, Cook

Lin, Ling

Lin, Mei Xiang

Lin, Min Han

Lin, Shu Min

Lin, Song

Lin, Ying

Lin, Yong

Liu

Liu, Chun Ling

Liu, Hui Qiong

Liu, Sai Zhu

Lopez, Modesto D.

Luo, San Di

Ma, Xiao Ni

Manzo Oliveros Jose

Novberto, Say Robles Rufino

Pineda, Catalino Adon Peralta

Rong

Sanchez, Jose

Doe, Sandy

Santos Cruz, Douglas Ernesto

Sun, Jian

Sun, Qiu Yue

Sun, Wok Cook

Sun, Yan

Tan, Xiao Yun

Tang, Xiao Rong

Torres, Jose Abraham

Torres, Maria Hilda

Tran

Doe, Wendy

Wu

Wu, Hua Bin

Wu, Hua Bin

Wu, Ming Qin

Wu, Tian Gan

Xie, Cheng Hai

Xie, Zuo Jie

Xu, Rui Chen

Exhibit "A" to the Complaint - 2 of 3

Yang, Chuan Hang

Yang, Li Hua

Yu, Cheng

Yu Zhi Rong

Yuan, Zhou Jun

Zhang, Jian Guang

Zhang, Mei Juan

Zhang, Xiao Xing

Zhang, Ya Hong

Zheng, Da

Zheng, Jia Fa

Zheng, Jing Fei

Zheng, Lan Yu

Zheng, Mei Rong

Zheng, Sen

Zheng, Wen Bin

Zheng, Xue Yin

Zhou, Qiu Rong

Employees whose names are unknown

Exhibit "A" to the Complaint - 3 of 3