| | | | |
|---|---|---|---|
| **Donna M Jackson/WAWD/09/USCOURTS** | | To | "Barba, Claire - SOL new" <barba.claire@dol.gov> |
| | | cc | |
| 12/07/2009 02:34 PM | | bcc | |
| | | Subject | Re: New Civil Case Request - Solis v. Great Dragon, Inc. dba King Buffet |

Your case number is: C09-1737RSL.   Please note, it will take 24-48 hours before your case is opened in cm/ecf.   If you should have questions, please call (206) 370-8400.   Thx!

~Donna Jackson
"Barba, Claire - SOL new" <barba.claire@dol.gov>

| | | | |
|---|---|---|---|
|  | **"Barba, Claire - SOL new"** <barba.claire@dol.gov> | To | <newcases.seattle@wawd.uscourts.gov> |
| | 12/07/2009 02:20 PM | cc | "Vadnal, Matthew - SOL" <Vadnal.Matthew@DOL.GOV> |
| | | Subject | New Civil Case Request - Solis v. Great Dragon, Inc. dba King Buffet |

```
Enclosed for filing please the following documents:

            Civil Cover Sheet
               Complaint
        Exhibit A to the Complaint


No filing fee is required as the United States is a party plaintiff in
this action.

Should you have any questions regarding this matter or need any
additional information, please contact me.

Thank you for you assistance.
```



*Paralegal Specialist*

*U.S. Department of Labor, Office of the Solicitor*

*1111 3rd Avenue, Suite 945*

*Seattle, WA  98101*

*Phone:  (206) 553-0940 ext. 8105*

*Fax:  (206) 553-2768*

*Email:  [barba.claire@dol.gov](mailto:barba.claire@dol.gov)*

*This message may contain information that is privileged or otherwise exempt from disclosure under applicable law. Do not disclose without consulting the Office of the Solicitor.  If you think you received this e-mail in error, please notify the sender immediately*



great dragon complaint ex a.PDF    great dragon complaint.PDF    great dragon civil cover.PDF